SECOND COURT OF APPEALS FOR THE STATE OF TEXAS

FILED
TARRANT COUNTY TEXAS
2015 OCT 27 AM 9: 53
BY
CLERK

VICKI PRUITT JOHNSON
       Plaintiff,

V.

NO. 2013-PRO2467-1

NO. 2012-00

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/7/2015 12:42:45 PM
DEBRA SPISAK
Clerk

JOHN GILMER JOHNSON, JOEL DAVID JOHNSON, JUDY FOWLER, AND
THE ATTY'[S] OF RECORD:  ROSS GRIFFITH-ATTY AD LITEM,
CARY SCHROEDER-GUARDIAN/ADMINISTRATOR,
JAMES HOLLIDAY-ATTY AD LITEM,  DYANN McCULLY ATTY/ARB.
JOHN DOWDY ATTY. FOR JOHN GILMER JOHNSON
WILLIAM RIDGWAY ATTY. FOR JOEL DAVID JOHNSON,
       Defendant's.

NOTICE OF APPEAL

The appeal is from the Original Application[s] and Court Appointment[s] for Guardianship in Tarrant County Probate Court # 1, cause # 2012-00352-1.  The order was signed on November 21, 2012, whereby, the hearing date of November 27, 2012, was cancelled by the clerk of the court after the Johnson's arrival in the Court.  The appeal is therefor from the denied right of the initial hearing for cause to bring the guardianship.

The appeal is from Tarrant County Probate Court #1, cause #2013-PR02467-1, for Probate of the Last Will and Testament of Joe Jackson Johnson Jr., the court order of November 11, 2014 and the court order of December 22, 2014.
Whereas, Informal Bills of Exceptions through Memorandums designating objections were continually filed under MISC. in the Probate Court #1 computerized filing system.
Cf.Opposition to Declaratory Judgment and Appointment of Executor of the Estate of Joe Jackson Johnson Jr. and Order for Specific Performance of the Last Will and Testament of Joe Jackson Johnson Jr. Under§§ 22.018(1), 55.001 of the Texas Estates Code:April 17, 2015.

VICKI PRUITTJOHNSON desires to appeal to the SECOND COURT OF APPEALS, and, hereby, gives notice of appeal.

The appellant is a party affected by the trial court's judgment but did not participate either in person or by counsel in the hearing that resulted in the judgment complained of.

The appellant filed a request for findings of fact and conclusions of law on August 28, 2015. A subsequent Notice was filed on September 28, 2015, to no avail.

The appellant is indigent and may therefore proceed without advance payment of costs as provided in  TEX. R. APP. P. 20.1(a).

NOTICE OF APPEAL IN THE STATE OF TEXAS SECOND COURT OF APPEALS-PAGE 1.

SCANNED
OCT 2 7 2015

Respectfully submitted,

*Vicki Pruitt Johnson*

Vicki Pruitt Johnson
5915 Craig Street
Fort Worth, Texas 76112
(817) 457-0032

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Notice of Appeal has been sent by telephonic document transfer to the Defendant's on October 27, 2015.

| | |
|---|---|
| Ross Griffith | (817)926-2505 |
| Cary Schroeder | (817)704-4408 |
| James Holliday | (817)624-3303 |
| William Ridgway | (817)348-8031 |
| John Dowdy | (817)4608366 |
| John Johnson | (817)3351873 |
| Judy Fowler | (214)8847966 |
| Joel Johnson | (817)9269929 |

NOTICE OF APPEAL IN THE STATE OF TEXAS SECOND COURT OF APPEALS-PAGE 2.

STATE OF TEXAS

COUNTY OF TARRANT

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, in and for said County and State, on this day

personally appeared _VICKI PRUITT JOHNSON_ ,known to me, to be the person whose

name is subscribed to the foregoing instrument, and acknowledged to me that she executed the

same for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME by

 _Vicki Pruitt Johnson_ on _10/27/15_ , to certify

which witness my hand and official seal.

Notary Public: _____

DANIJELA HRGOTA
My Commission Expires
April 10, 2019
NOTARY PUBLIC
STATE OF TEXAS

NOTICE OF APPEAL IN THE STATE OF TEXAS SECOND COURT OF APPEALS-PAGE 3.